# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER NAVARRO NUNEZ,<br>Plaintiff,<br>v.<br>LOREN K. MILLER, et al.,<br>Defendant. | Case No. 1:26-cv-04230-KES-SAB<br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br>**SEPTEMBER 9, 2026 DEADLINE** |

On June 1, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is currently set for September 22, 2026. (ECF No. 2.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. The Court observes that Plaintiff has filed a summons returned executed, indicating that at least one defendant has through September 18, 2026, to answer the complaint. (See ECF No. 6.) At this time, while Catherine J. Swann has appeared on behalf of all defendants, no defendant has yet answered.

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that **on or before September 9, 2026**, the parties shall file a joint status report indicating whether they are prepared to hold the scheduling conference and/or whether the scheduling conference should be continued to allow for Defendants to answer and participate in preparing a joint scheduling report.

IT IS SO ORDERED.

Dated: **September 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge