# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER NAVARRO NUNEZ,<br>Plaintiff,<br>v.<br>LOREN K. MILLER, et al.,<br>Defendants. | Case No. 1:26-cv-04230-KES-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME AND CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 9) |

On September 2, 2026, the Court ordered the parties to file a status report regarding readiness for the initial scheduling conference, currently set for September 22, 2026. (ECF No. 7.) The parties timely filed a status report along with a stipulation to continue the answer deadline. (ECF Nos. 8, 9.) Regarding the stipulation, the parties have indicated that "additional time is necessary to allow USCIS to continue the adjudicatory process." (ECF No. 8, p. 1.) Therefore, the parties request that Defendants' answer deadline be continued to October 9, 2026. (Id.) In light of this request for an extension, the parties have requested in their joint status report to continue the initial scheduling conference by 60 days.

For good cause shown, the Court approves the stipulation for an extension of time and ORDERS that Defendants shall have through **October 9, 2026**, to answer or otherwise respond to the complaint.

/ / /

Accordingly, the Court CONTINUES the initial scheduling conference to **November 12, 2026, at 3:00 p.m.** The parties are DIRECTED to file a joint scheduling report **one (1) week** prior to the conference.

IT IS SO ORDERED.

Dated: **September 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge