# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER NAVARRO NUNEZ,<br>Plaintiff,<br>v.<br>LOREN K. MILLER, et al.,<br>Defendants. | Case No. 1:26-cv-04230-KES-SAB<br>ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT<br>(ECF No. 11) |

Before the Court is the parties second stipulated request to extend the time for Defendants to respond to Plaintiff's complaint. (ECF No. 11.) For good cause shown, the Court approves the stipulation and ORDERS that Defendants shall have through **October 23, 2026**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **October 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge