# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER NAVARRO NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>LOREN K. MILLER, et al.,<br><br>Defendants. | Case No. 1:26-cv-04230-KES-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 13) |

Pending before the Court is a stipulation from the parties regarding an extension of time in which Defendants may file a responsive pleading. For good cause shown, the Court APPROVES the stipulation and ORDERS that Defendants shall have through **November 6, 2026**, to answer or otherwise respond to the complaint.

In light of the foregoing, the Court CONTINUES the initial scheduling conference to **January 26, 2027, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **October 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge